FILED

07/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 21-0173

BETH McLAUGHLIN,

Petitioner,

v.

The MONTANA STATE LEGISLATURE, and the
MONTANA DEPARTMENT OF ADMINISTRATION,

Respondents.

## ORDER

Upon consideration of the Montana State Legislature's unopposed motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that the Montana State Legislature is granted an extension of time to and including August 11, 2021, within which to prepare, serve, and file its Petition for Rehearing.

DATED this ____ day of July, 2021.

For the Court,

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 23 2021